UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| **United States of America** § § | |
| vs. § § | Cr. No.  MO:24-M -00053(1) |
| **(1) Mario Aldaz** § *Defendant* | |

# ORDER APPOINTING COUNSEL

    The above-named defendant having satisfied this court after appropriate inquiry that he/she (1) does not wish to waive representation by counsel, and (2) is financially unable to obtain counsel,  **BRIAN CHAVEZ**   is hereby APPOINTED to represent the defendant in the above-styled and numbered cause.

    Should this case proceed before a United States District Judge, the appointment shall, nevertheless, remain in effect until terminated or a substitute attorney is appointed or retained.

    SIGNED on  5th day of March, 2024.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE

(rev. 1/97)