# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | |
|---|---|
| **United States of America** § | |
| § | |
| vs. § | NO:   MO:24-M -00053(1) |
| § | |
| **(1) Mario Aldaz** § | |

## ORDER OF TEMPORARY DETENTION

A [X] Detention hearing  and a [X] Preliminary hearing in this case is scheduled as follows:

| Place:   Magistrate Court, 200 West Wall Street, Midland, Texas, 79701 | Courtroom No.: Magistrate Courtroom, 1st Floor |
|---|---|
| Presiding Judge:  U.S. Magistrate Judge Ronald C. Griffin | Date and Time: MARCH 7, 2024 at 2:00 PM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

**SIGNED,** this **5th day of March, 2024**.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| vs. | § § | NO:   MO:24-M -00053(1) |
| (1) Mario Aldaz | § | |

**WAIVER OF PRELIMINARY HEARING**
**AND/OR DETENTION HEARING**
**(Rule 5 or 32.1, Fed.R.Crim.P.)**

**PRELIMINARY HEARING**

I, (1) (1) Mario Aldaz , charged in a complaint pending in this District, and having appeared before this Court and been advised of my rights as required by Rule 5 or 32.1, Fed.R.Crim.P., including my right to have a preliminary hearing, I have been advised that at a preliminary hearing, the government will be required to provide evidence to support the charges pending against me.  Now, appearing with the benefit of counsel I, do hereby waive (give up) my right to a preliminary hearing.

Yo, (1) (1) Mario Aldaz , el inculpado en una acusación pendiente en este Distrito, he comparecido ante este Tribunal y me han informado de mi derecho a una audiencia preliminar, cumpliendo con el reglamento 5 o 32.1 de los Reglamentos de Procedimientos Penales Federales, por este medio renuncio (abandono) a mi derecho a una audiencia preliminar.

_____              _____
Date/Fecha                                               Defendant/Acusado


**DETENTION HEARING**

I have also been advised of my right to a detention hearing.  I have been advised that, at a detention hearing, the court will hear evidence to determine whether I should be held in jail without bond or whether a bond should be set for me.  I have been advised that, if I waive (give up) my right to a detention hearing, I will be held in jail without bond while I wait for trial.  I have discussed this right with counsel, and I hereby waive (give up) my right to have a detention hearing.

También me han informado de mi derecho a una audiencia para fijar fianza, el juez recibirá las pruebas para poder determinar si seguiré detenido sin fianza o si me fijarán fianza.  Me han informado que si renuncio (abandono) mi derecho a una audiencia para fijar fianza, seguiré detenido sin fianza hasta que se me someta a jucio. Renuncio (abandono) mi derecho a una audiencia para fijar fianza.

_____              _____
Date/Fecha                                               Defendant/Acusado


_____              _____
Date/Fecha                                               COUNSEL FOR DEFENDANT
                                                         Abogado Del Acusado